# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN **MH**
(INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

| | | | |
|---|---|---|---|
| DEBTOR: | Clifton Lee Joyner | SS# | xxx-xx-6785 |
| | | SS# | |
| ADDRESS: | 5101 Jessie Lee Lane, Memphis, TN 38118 | | |
| PLAN PAYMENT: | Debtor to pay $ 748.00 Semi-monthly | | |
| PAYROLL DEDUCTION: | Glaxo Smith Kline/Block Drug Co. | OR ( ) DIRECT PAY | |
| | P.O. Box 13398 | BECAUSE: | |
| | Durham, NC 27709 | FIRST PAYMENT: | |

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

| | | | PAYMENT |
|---|---|---|---|
| CHILD SUPPORT: | Future Support through Plan to | | |
| | Child Support Arrearage to | | |
| PRIORITY CREDITORS: | | | |
| | | | |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| Wells Fargo Home Mortgage | ongoing payment begins | April 2017 | | | $ | 915.46 |
| | Approximate arrearage | $4,575.00 | Interest | 0.00% | $ | 77.00 |
| | ongoing payment begins | | | | | |
| | Approximate arrearage | | Interest | | | |

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| GM Financial (2015 Chevrolet Malibu) | $ 19,500.00 | 5.50% | $ 390.00 |
| | | | |
| | | | |
| | | | |

**Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.** UNSECURED CREDITORS: Pay  to be determined  % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: _____;
TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.