UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| In Re: | Case No. 17-20733 |
| CLIFTON LEE JOYNER, | Chapter 13 |
| DEBTOR(S). | |

**OBJECTION OF WELLS FARGO BANK, N.A. TO CONFIRMATION REGARDING REAL PROPERTY LOCATED AT 51001 JESSIE LEE, MEMPHIS, TENNESSEE 38118**

Comes now Wells Fargo Bank, N.A., for just cause, and files this written objection to confirmation pursuant to 11 USC 1324. Wells Fargo Bank, N.A. objects and asks that a hearing be held and for grounds says that the plan was not made in good faith; that the plan is unfeasible; and that the plan understates the arrearage by approximately $1,589.78.

WHEREFORE, PREMISES CONSIDERED, Creditor prays:

1. That confirmation be denied.

2. That Wells Fargo Bank, N.A. be awarded its attorney fees and costs incurred in this action.

3. For any and all further relief to which it may be entitled.

Respectfully submitted,

/s/ J. Zachary DeFoor
J. Zachary DeFoor (32693)
Attorney for Creditor
Shapiro & Ingle, LLP
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
Phone: (704)333-8107
Fax: (704) 333-8156

# CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection to Confirmation has been electronically served or mailed, postage prepaid on February 2, 2017

    Jimmy E. McElroy
    3780 S. Mendenhall
    Memphis, TN 38115

    Clifton Lee Joyner
    51001 Jessie Lee Lane
    Memphis, TN 38118

    George W Stevenson
    5350 Poplar Avenue
    Suite 500
    Memphis, TN 38119-3697

    <u>/s/ J. Zachary DeFoor</u>
    J. Zachary DeFoor (32693)