

**Dated: April 07, 2017**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| In Re: | Case No. 17-20733 |
| Clifton Lee Joyner, | Chapter 13 |
| Debtor. | Judge David S. Kennedy |

**AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION
AND MODIFYING PLAN AS TO WELLS FARGO BANK, N.A. REGARDING REAL PROPERTY
LOCATED AT 51001 JESSIE LEE, MEMPHIS, TENNESSEE 38118**

COME NOW, Wells Fargo Bank, N.A., and the Debtor herein, by and through counsel, and agree as follows:

1. That Wells Fargo Bank, N.A. shall remain in this Chapter 13 Plan.

2. That Wells Fargo Bank, N.A. shall be allowed to file its amended arrearage claim including attorney's fees in the amount of $7,933.50.

3. That the amended arrearage claim of Wells Fargo Bank, N.A. in the approximate amount of $7,933.50, will be paid over the life of the plan at an amount to be determined to by the Trustee.

4. That the ongoing mortgage payment of $884.36, beginning April 1, 2017, shall be paid by the Trustee's office.

5. That should the Debtor miss any payments into this Chapter 13 Plan whereby Wells Fargo Bank, N.A., or any successor in interest fails to receive their ongoing and/or arrearage payment, then Wells Fargo Bank, N.A., or

its successors may file a Notice of Default and Intent to Foreclose. Said Notice shall be served on the Debtor and the Debtor's attorney giving the Debtor twenty-one (21) days in which to cure the Default. In the event that the Debtor fails to cure the deficiency within twenty-one (21) days, Wells Fargo Bank, N.A. or its successors, shall be relieved from the Automatic Stay provisions of 11 U.S.C. 362(a) upon the entry of a separate Order Granting Relief From the Automatic Stay without further notice or hearing. Said Order shall instruct the Trustee to delete its secured claim and provide for an unsecured claim for any deficiency remaining following a lawful sale of the property commonly known as 51001 Jessie Lee, Memphis, Tennessee 38118.

6. This default provision shall expire 12 months after the entry of this Order

7. That the Trustee will make the necessary adjustments to effectuate this Order.

*/s/ J. Zachary DeFoor*
J. Zachary DeFoor, Attorney for Creditor, Bar # 32693
jdefoor@logs.com |704-831-2240
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Bonnie Culp
bculp@logs.com | 704-249-0065
Electronic Service Notifications: tnecf@logs.com


*/s/ Jimmy E. McElroy*
Attorney for Debtor
Jimmy E. McElroy
3780 S. Mendenhall
Memphis, TN 38115
(901) 363-7283
jimmy_3780@hotmail.com


   /s/ George W. Stevenson
George W Stevenson
Chapter 13 Trustee
5350 Poplar Avenue
Suite 500
Memphis, TN 38119-3697
(901) 821-2400

Entities to be Served:

Jimmy E. McElroy
3780 S. Mendenhall
Memphis, TN 38115


Clifton Lee Joyner
5101 Jessie Lee Lane
Memphis, TN 38118


George W Stevenson
5350 Poplar Avenue
Suite 500
Memphis, TN 38119-3697